AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

United States of America )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 6:17-34-DCR
)
Kenneth E. Graves, a/k/a Kenny Graves, et al )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lawyers Title Insurance Corporation, Assignee of Citicorp Trust Bank, FSB
Stites & Harbison, PLLC
400 West Market Street
Suite 1800
Louisville, KY 40202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  A. George Mason, Jr.
George Mason Law Firm, PSC
4048 Peppertree Drive
Lexington, KY 40513

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 02/14/2017

**Robert R. Carr, Clerk**
*Signature of Clerk or Deputy Clerk*   rcc

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:17-34-DCR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lawyers Title Insurance Corp., Assignee of Citicorp Trust Bank, FSB

was received by me on *(date)* March 1, 2017 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Service of Summons and Complaint was made upon named Defendant, Lawyers Title Insurance Corp., Asignee of Citicorp Trust Bank, FSB via certified mail on February 21, 2017.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: June 23, 2017

/s/ A. George Mason, Jr.
*Server's signature*

A. George Mason, Jr., Attorney
*Printed name and title*

George Mason Law Firm, PSC
4048 Peppertree Drive
Lexington, KY 40513
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lawyers Title Insurance Corp.,
Assignee of Citicorp Trust Bank,
FSB
Stites + Harbison, PLLC
400 W. Market Street
Louisville, KY 40202

9590 9402 2458 6249 9177 39

2. Article Number *(Transfer from service label)*

7015 0640 0000 3104 1617

PS Form **3811**, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *James B. O[sborne]*   ☑ Agent  ☐ Addressee

B. Received by *(Printed Name)*: James W.B. Osborne

C. Date of Delivery: FEB 21 2017 (USPS LOUISVILLE)

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt