AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Kentucky

| | |
|---|---|
| United States of America | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 6:17-34-DCR |
| Kenneth E. Graves, a/k/a Kenny Graves, et al | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Midland Funding, LLC
Morgan & Pottinger, P.S.C.
204 East Market Street
Louisville, KY 40202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  A. George Mason, Jr.
George Mason Law Firm, PSC
4048 Peppertree Drive
Lexington, KY 40513

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 02/14/2017

**Robert R. Carr, Clerk**
*Signature of Clerk or Deputy Clerk*

rcc

Civil Action No. 6:17-34-DCR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Midland Funding, LLC
was received by me on *(date)* April 12, 2017 .

❐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Service of Summons and Complaint was made upon named Defendant, Midland Funding, LLC, via certified mail on March 10, 2017.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: June 23, 2017

/s/ A. George Mason, Jr.
*Server's signature*

A. George Mason, Jr., Attorney
*Printed name and title*

George Mason Law Firm, PSC
4048 Peppertree Drive
Lexington, KY 40513
*Server's address*

Additional information regarding attempted service, etc:

**Print**  **Save As...**  **Reset**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Midland Funding, LLC
Morgan and Pottinger, PSC

MORG204  402022030-1A16
NOTIFY SENDER OF NEW ADDRESS   04/07/17
:MORGAN & POTTINGER
2401 STANLEY GAULT PKWY
LOUISVILLE KY 40223-4175

7015 0640 0000 3104 1600

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)
P Thompson

C. Date of Delivery
4-10-17

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

Received
4/12/17

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt